**Order entered January 8, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00847-CV

### IN THE INTEREST OF N.K.R.M., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20137**

### ORDER

As directed to do so, appellant has filed written verification he has made payment arrangements with the court reporter for preparation of the reporter's record. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record no later than January 26, 2021.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE